```
                                                           FILED
                                                     January 25, 2010
                                                   CLERK, U.S. BANKRUPTCY COURT
                                                   EASTERN DISTRICT OF CALIFORNIA
                                                              D145
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Kip Skidmore and Illa A. Skidmore | **Case No :** | 09-33808 - D - 11 |
| | | **Date :** | 1-20-10 |
| | | **Time :** | 10:00 |
| **Matter :** | [81] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor HSBC Bank USA, N.A. (Fee Paid $150) (avos) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
　　　Debtor(s) Attorney - Estela O. Pino

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as provided in this order. Automtaic stay vacated; no further relief afforded.

Dated: January 23, 2010

_Robert S. Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court